FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

OCT 18 2012

CENTRAL DISTRICT OF CALIFORNIA
BY smy         DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTELLA PEREZ, | Case No. EDCV 11-1885 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED that the Commissioner's final decision is affirmed and this action is dismissed with prejudice.

DATED: October 18, 2012

ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE